PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

FILED
JAMES BONINI
CLERK

05 OCT 24  AM 9: 47

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

### Report on Offender Under Supervision

Name of Offender: **Janice L Deaton**   Case Number: **1:00CR00098**

Name of Sentencing Judicial Officer:  **The Honorable Sandra S. Beckwith**
**Chief United States District Judge**

Date of Original Sentence: **April 3, 2001**

Original Offense: **Mail Fraud, in violation of 18 U.S.C. § 1341**

Original Sentence: **60 months probation, $107,891.37 in restitution, and a $100 special assessment**

Type of Supervision: **Probation**   Date Supervision Commenced: **April 3, 2001**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

As a condition of probation, Deaton was ordered to pay restitution in the amount of $107,891.37. As of October 20, 2005, she has an outstanding balance of $74,691.37.

U.S. Probation Officer Action: The victim and the Financial Litigation Unit of the United States Attorney's Office have been notified that Deaton's term of probation will likely expire with an outstanding restitution balance. Additionally, the Court imposed the statutory maximum term of probation when it imposed its sentence on Deaton. Deaton complied with all of the conditions of probation and her adjustment to supervision can be rated as good. She complied with her payment agreement and made a good faith effort to pay her restitution. Thus, it is respectfully recommended that Deaton's probation expire on April 2, 2006 with an outstanding restitution balance.

Respectfully submitted by,

Mark R. Grawe
U.S. Probation Officer
Date:   October 20, 2005

Approved by,

Robert C. Frommeyer, Jr.
Senior U. S. Probation Officer
Date:   October 20, 2005

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

10/24/05
Date